No. 213. MARINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *Carl H. Imlay* for the United States.

No. 219. KIMBLE GLASS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *James M. Guiher* and *Fred E. Fuller* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Theophil C. Kammholz* and *Dominick L. Manoli* for respondent.

No. 221. KANSAS CITY LIFE INSURANCE CO. *v.* MOULDEN, FORMERLY SMITH. C. A. 10th Cir. Certiorari denied. *Lawrence A. Long* for petitioner. *Benjamin F. Stapleton, Jr.* for respondent.

No. 222. FISHER STUDIO, INC., ET AL. *v.* LOEW'S INCORPORATED ET AL. C. A. 2d Cir. Certiorari denied. *Arnold Malkan* for petitioners. *Bruce Bromley, Louis Phillips* and *John Logan O'Donnell* for respondents.

No. 223. PEBBLE SPRINGS DISTILLING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Claude A. Roth* and *Benjamin M. Brodsky* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *L. W. Post* for respondent.

No. 225. COMMONWEALTH EX REL. HERNANDEZ *v.* PRICE, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Samuel J. Goldstein* for petitioner.